**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 141 WAL 2023
                             :
          Respondent         :
                             :  Petition for Allowance of Appeal
                             :  from the Order of the Superior Court
          v.                 :
                             :
                             :
DAVID CLAPPER,                :
                             :
          Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.